UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION
CASE NO.

UNITED STATES OF AMERICA,   00-6177

Plaintiff,

v.   **CIV-MOORE**

MAGISTRATE JUDGE
BRETT NABRIDGE,   O'SULLIVAN

Defendant.
_____/

CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central
Region of the United States Attorney's Office prior to April 1, 1999? ___Yes  ✓ No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9377
Fax No. (305) 530-7195
Bar No. A5500282

DATED  1/31/00