*AO 88 (Rev. 11/91) Summons in a Civil Action*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

**United States of America**

**SUMMONS IN A CIVIL ACTION**



Case Number:

v.

**BRETT NABRIDGE**

CIV-MOORE

MAGISTRATE JUDGE
O'SULLIVAN

**TO:** *(Name and Address of Defendant)*

**BRETT NABRIDGE**
**7410 DOVER CT**
**PARKLAND, FL 33067**

**YOU ARE HEREBY SUMMONED** to and required to serve upon plaintiff's attorney

*Mary F. Dooley*
*Assistant United States Attorney*
*99 NE 4TH STREET*
*3RD FLOOR*
*MIAMI, FL 33132-2111*

*an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.*

**CLARENCE MADDOX**
**CLERK OF THE COURT**

2|2|00 _____ DATE

*Martha Diaz*

**BY DEPUTY CLERK**