UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



CASE NO. 00-6177-CIV-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

BRETT NABRIDGE,

    Defendant.
_____/

## STATUS REPORT AND REQUEST FOR ADDITIONAL TIME

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney hereby files this Status Report and states as follows:

1) Plaintiff filed its complaint on or about February 2, 2000 and mailed a notice of lawsuit and request for waiver of summons to the defendant.

2) Defendant failed to return the waiver and on or about March 6, 2000 the plaintiff requested it's process server to serve the defendant.

3) The process server has attempted to serve the defendant at his address of record, but has been unsuccessful as of April 17, 2000. The defendant's name is on the registry of occupants at the entrance gate, but the process server has been unable to obtain admittance to the residential complex.

4) Plaintiff has requested its process server to take additional steps to serve defendant. If the process server is unsuccessful, we will request the assistance of the U. S. Marshal Service.

5) The time to serve the complaint, pursuant to Rule 4m, Fed. R. Civ.P. expires on June

1, 2000.

On February 3, 2000, this Court issued an order requiring Counsel to meet and file joint scheduling report within 60 days. However, plaintiff has been unable to contact defendant.

WHEREFORE, plaintiff requests the court grant plaintiff an additional 30 days to serve the defendant and file a joint scheduling report.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

BY:   MARY F. DOOLEY
        ASSISTANT U.S. ATTORNEY
        99 N.E. 4TH STREET, Suite 300
        Miami, FL 33132
        Tel No. (305) 961-9311
        Fax No. (305) 530-7195
        Bar No. 1123933

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the forgoing document was mailed, postage paid, this __18__ day of April, 2000 to:

Brett Nabridge
7146 NW 78th Pl
Pompano Beach, FL 33067

_____
MARY F. DOOLEY
Assistant U. S. Attorney