UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 00-6177-CIV-MOORE

UNITED STATES OF AMERICA,

　　Plaintiff,

vs.

BRETT NABRIDGE,

　　Defendant.
_____/

**ORDER ENLARGING TIME**

FILED by __mx__ D.C.
APR 2 0 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE came before the Court upon Plaintiff's Motion for Enlargement of Time within which To File a Joint Scheduling Report (filed April 18, 2000).

UPON CONSIDERATION of the Motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the said Motion be, and the same is, hereby GRANTED. The parties SHALL file a Joint Scheduling Report within **twenty (20) days** after Defendant is served with a summons and a copy of the Complaint.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of April, 2000.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

copies provided:
Mary F. Dooley, AUSA
Brett Nabridge, Pro Se