# RETURN OF SERVICE

Case No: 00-6177 CIV-MOORE

| TO BE SERVED | COURT |
|---|---|
| BRETT NABRIDGE<br>7410 DOVER COURT PARKLAND, FLORIDA | IN THE U.S. DISTRICT COURT IN AND FOR THE SOUTHERN DISTRICT OF FLORIDA |

| STYLE | WRIT |
|---|---|
| UNITED STATES OF AMERICA<br>VS.<br>BRETT NABRIDGE | SUMMONS IN A CIVIL ACTION |

| SERVED FOR | INFORMATION |
|---|---|
| MARY F. DOOLEY, AUSA<br>ASSISTANT U.S. ATTORNEY<br>99 N.E. 4th STREET, SUITE 300<br>MIAMI, FLORIDA, 33132 | Court Date:    Court Time:<br>Witness Fee:  $ 0.00<br>Document Type: ORIGINAL<br>Atty File # |

I received this process 03/08/00 at 12:41 PM and it was served 04/20/00 at 7:15 PM in BROWARD COUNTY, FLORIDA.

BRETT NABRIDGE
7146 N.W. 78TH PLACE
PARKLAND, FLORIDA

**SUBSTITUTE SERVICE: (FS 48.031 (2)(a))**
By serving a copy of this SUMMONS IN A CIVIL ACTION and a copy of the complaint, petition or initial pleading at the defendant's usual place of abode on a person permanently residing therein, to-wit:
KAREN NABRIDGE as WIFE
who is 15 years of age or older, and informing the person of the contents.

**OTHER RETURNS:**
7146 N.W. 78TH PLACE
PARKLAND, FLORIDA



BRENDA TAYLOR
My Commission # CC 815829
Expires: March 8, 2003
1-800-3-NOTARY  Fla. Notary Service & Bonding Co.

Under penalty of perjury, I declare that I have read the foregoing and that the facts stated in it are true, that I am a Certified Process Server/Sheriff Appointed in the circuit in which this defendant was served and have no interest in the above action persuant to F.S. 92.525(2).

I hereby certify that I am not a party to the above action, am over 18 years of age, that the above affidavit is true and correct, and that service was made in accordance with Rule 1.410(C) Florida R.C.P., and Rule 45 Federal R.C.P., and Rule 4(C), 50 U.S.C., and section 520 Et. Seq.

The foregoing instrument was acknowledged before me this 25 day of April, 2000 BY BARRY E. ROSS, who is personally known to me, or who was produced a D/L as identification and who DID take an oath.

PROCESS SERVER: BARRY E. ROSS (58)
CAPLAN, CAPLAN AND KAYE (305) 374-3426
CPS Number: 00757763-001

NOTARY PUBLIC OR PUBLIC OFFICER
AND TITLE OR RANK / CCN

AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF FLORIDA

SUMMONS IN A CIVIL ACTION

United States of America

v.

BRETT NABRIDGE

Case Number: 00-6177 CIV-MOORE

TO: (Name and Address of Defendant)

BRETT NABRIDGE
7410 DOVER CT
PARKLAND, FL 33067

YOU ARE HEREBY SUMMONED to and required to serve upon plaintiff's attorney

Mary F. Dooley
Assistant United States Attorney
99 NE 4TH STREET
3RD FLOOR
MIAMI, FL 33132-2111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file an answer with the Clerk of the Court within a reasonable period of time after service.

CLARENCE MADDOX
CLERK OF THE COURT

2/2/00 — DATE

*Martha Diaz*
BY DEPUTY CLERK

757763