NIGHT BOX
FILED

MAY 1 0 2000

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6177-CIV-MOORE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

BRETT NABRIDGE

    Defendant.

_____\

## GOVERNMENTS' RESPONSE TO ORDER ENLARGING TIME AND NOTICE OF SUBMISSION OF PROPOSED CONSENT JUDGMENT

Plaintiff, the United States of America, by and through Thomas E. Scott, United States Attorney, Mary F. Dooley, Assistant United States Attorney notifies this Court and Brett Nabridge, that in lieu of a joint scheduling report, it has submitted a Proposed Consent Judgment to the Court for entry. A copy of the proposed consent judgment is attached hereto.

                              Respectfully submitted,

                              THOMAS E. SCOTT
                              UNITED STATES ATTORNEY

Date: May 10, 2000

BY: MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 N.E. 4TH STREET, Suite 300
Miami, FL 33132
Tel No. (305) 961-9311
Fax No. (305) 530-7195
Bar No. 112933

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 00-6177-CIV-MOORE

UNITED STATES OF AMERICA,

            Plaintiff
vs.

BRETT NABRIDGE,
            Defendant.
_____/

FINAL JUDGMENT BY CONSENT

Plaintiff, the United States of America, having filed its Complaint herein, and the defendant, having consented to the making and entry of this Final Judgment without trial, hereby agree as follows:

1. This Court has jurisdiction over the subject matter of this litigation and over all parties thereto. The Complaint herein states a claim upon which relief can be granted.

2. The defendant hereby acknowledges and accepts service of the complaint filed herein.

3. The defendant hereby agrees to the entry of a consent judgment in the sum of $5195.58 (principal of $2526.41, administrative cost of $.00 and interest in the amount of $2669.17) through **May 9, 2000** plus interest at 7.000 percent per annum from **May 9, 2000**, through the date of judgment and interest at the legal rate thereafter until paid in full.

4. This judgment shall be recorded among the records of the Circuit Court in the County of residence of the defendant, and all other jurisdictions where it is determined by the plaintiff that the defendant owns real or personal property.

5. The defendant shall keep the United States currently informed in writing of any material change in his or her financial situation or ability to pay, and of any change in his or her employment,

place of residence or telephone number. Defendant shall provide such information to the United States Attorney, Financial Litigation Unit, 99 N.E. 4th Street, Suite 300, Miami, FL 33132.

6. The defendant shall provide the United States with current, accurate evidence of his or her assets, income and expenditures (including, but not limited to his or her Federal Income Tax returns) within fifteen (15) days of a request for such evidence by the United States Attorney.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

DATE: 5-10-00

MARY F. DOOLEY
ASSISTANT U.S. ATTORNEY
99 Ne 4th Street
3rd Floor
Miami, 33132-2111

Date: 5-10-00

BRETT NABRIDGE
7410 Dover Ct
Parkland, FL 33067
Defendant Phone: 9547557686

APPROVED THIS _____ DAY OF _____, 2000

_____
KEVIN MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copy of the forgoing document was mailed, postage paid, this 10th day of May, 2000 to:

> Brett Nabridge
> 7410 Dover Ct
> Parkland FL, 33067

MARY F. DOOLEY
Assistant U. S. Attorney